Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendant:
Quality Loan Service Corporation

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMER THOMAS, an individual,<br><br>    Plaintiff,<br>,<br>    vs.<br><br>FIRST NATIONAL BANK OF ARIZONA, LLC; COUNTRYWIDE KB HOME LOANS, a SUBSIDIARY OF COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, Inc., a Delaware Corporation; AMERICA'S SERVICING CO., a Foreign Corporation; QUALITY LOAN SERVICING, INC.,; DOES I – X, ROES I-X  Corporations,<br><br>    Defendants | Case No.: 2:12-cv-00361-KJD-PAL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT FILED BY QUALITY LOAN SERVICE CORPORATION** |

Defendant, Quality Loan Service Corporation, incorrectly designated as Quality Loan Servicing, Inc. ("Quality"), by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6) on March 8, 2012 (Docket No. 6).  The Docket Report indicates that a Response to Defendants' Motion to Dismiss was due by March 25, 2012.

The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

- 1

1. Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion to Dismiss was required to be filed with the Court and served within fourteen days after service of the motion. No Response and/or Opposition has been filed by the Plaintiff regarding this matter. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the motion.

2. The Court may grant the Motion to Dismiss for failure to follow local rules. *Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995). Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions. The Court has considered these factors and finds that Plaintiff has received notice and has been given ample time to respond.

IT IS THEREFORE ORDERED, that based on the foregoing, Quality's Motion to Dismiss Plaintiff's Complaint for failure to state a claim for relief is GRANTED and Quality Loan Service Corporation is hereby dismissed with prejudice.

IT IS SO ORDERED this __3rd__ day of ____April____, 2012.

_____
UNITED STATES DISTRICT JUDGE